No. 93–880. MADSEN ET AL. *v.* WOMEN'S HEALTH CENTER, INC., ET AL. Sup. Ct. Fla. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 4, 1994. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 1, 1994. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 15, 1994. This Court's Rule 29 does not apply.

JANUARY 24, 1994

No. 93–899. CLAYTON ET AL. *v.* CITY OF KILLEEN ET AL. C. A. 5th Cir. Certiorari dismissed as to Monica Poole Clayton and Mozell Carter under this Court's Rule 46.

No. — – —. MATTHEWS *v.* WATERS ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–550 (93–1095). RIVERA *v.* UNITED STATES. C. A. 2d Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. 93–289. DALTON, SECRETARY OF THE NAVY, ET AL. *v.* SPECTER ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 930.] Motion of Public Citizen for leave to file a brief as *amicus curiae* granted.

No. 93–356. MCI TELECOMMUNICATIONS CORP. *v.* AMERICAN TELEPHONE & TELEGRAPH CO.; and

No. 93–521. UNITED STATES ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 989.] Motion of petitioners to dispense with printing the joint appendix granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.